UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tilden B. Linker,

    Plaintiff,

        v.                                       Case. No. 1:17cv065

The Connor Group,                   Judge Michael R. Barrett

    Defendants.

## **ORDER**

The Court, upon a review of the record, notes that the above-styled case was erroneously filed in the Southern District of Ohio, Western Division at Cincinnati.

Pursuant to Local Rule 82.1, this case is hereby transferred from the docket of the Honorable Michael R. Barrett to the Office of the Clerk for reassignment to the Western Division (Dayton) of the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                                      *S/Michael R. Barrett*
                                                      Michael R. Barrett
                                                      United States District Judge